January 03, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ SM _____
DEPUTY

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

## IN THE UNITED STATES DISTRICT COURT
### FOR THE __western__ DISTRICT OF TEXAS
### __waco__ DIVISION

Kiera Henderson 2119171
Plaintiff's Name and ID Number

Dr. Lane Murray unit
Place of Confinement

CASE NO. __6:23-cv0012__
(Clerk will assign the number)

v.

BEN A Flores
Defendant's Name and Address

Christopher Ramirez
Defendant's Name and Address

Patrick D. Chappell
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant. Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

## FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of $400.00.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "NOTICE TO THE COURT OF CHANGE OF ADDRESS" and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES ✓ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

       1. Approximate date of filing lawsuit: _____

       2. Parties to previous lawsuit:

         Plaintiff(s)_____

         Defendant(s)_____

       3. Court: (If federal, name the district; if state, name the county.)_____

       4. Cause number:_____

       5. Name of judge to whom case was assigned: _____

       6. Disposition: (Was the case dismissed, appealed, still pending?) _____

       7. Approximate date of disposition:_____

Rev. 05/15

II.   PLACE OF PRESENT CONFINEMENT: Dr Lane Murray Unit

III.  EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure?    ✓YES ___NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.   PARTIES TO THIS SUIT:
A. Name and address of plaintiff: Kiera S Henderson
        1916 N Hwy 36 Bypass Gatesville, TX 76596

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Patrick D Chappell COV Dr Lane Murray unit

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Pulled my hair and punched me repeatedly

Defendant #2: BEN A. Flores CO IV Dr Lane Murray unit

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Punched me repeatedly and grabbed my breast and whispered "This what you like Bitch"

Defendant #3: Christopher Ramirez Sgt Dr Lane Murray unit

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Punched me repeatedly

Defendant #4: Ruben A Solis Sgt Dr Lane Murray unit

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Punched me repeatedly and kneed me in the eye

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

Rev. 05/15

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On May 10, 2022 I tried to Run out the Cell and I was tackled at the door and BEN A flores begin punching me while I was on the floor, I then turned around on my stomach, he was on top of me and grabbed my breast and whispered in my Ear "This what you like Bitch" I began to turn back around to get him off of me and patrick D Chappell began pulling my hair and punching me, then Christopher Ramirez began punching me in the side while Ruben A Solis punched me in the back of the head and kneed me in the eye, which I see out of blurry still to this day

VI.    RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensatory 100,000, Punitive $50,000, Nominal $2000, to be let up from Restrictive housing, and over turn disciplinary Case

VII.    GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.
   Kiera Henderson Keke Kevin gates

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
   2119171

VIII.    SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?    ___YES  ✓NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date sanctions were imposed: _____
   4. Have the sanctions been lifted or otherwise satisfied?    ___YES  ✓NO

Rev. 05/15

4

C. Has any court ever warned or notified you that sanctions could be imposed?        _____YES ✓NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division):_____

   2. Case number:_____

   3. Approximate date warning was issued:_____

Executed on: _12/29/22_
          DATE

_Therderrson_

_____
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ___29th___ day of _December_ , 20 _22_ .
      (Day)         (month)        (year)

_Therderrson_

_____
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

**Texas Department of Criminal Justice**

OFFICE USE ONLY

**STEP 1** **OFFENDER GRIEVANCE FORM**

ASA 10

Grievance #: 2023011070?
Date Received: OCT 0 6 2022
Date Due: 11/15/2022
Grievance Code: 845

Offender Name: Kiera Henderson    TDCJ # 2119171

Unit: LM    Housing Assignment: ASA1-19

Unit where incident occurred: LM

Investigator ID #: ___
Extension Date: ___
Date Retd to Offender: ___

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? CAPPS    When? ___

What was their response? It was recorded on June 8

What action was taken? ___

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Last week, I wrote and I go to P.R.E.A (CAPPS) and I also wrote here "I filed a sexual assult in may and you came to my door and said would I like to speak to the sexual assult advocates and I said yes but they never came, did you ever call them? or they list didn't show up. And her responce was "I have 4 recorded you saw family in crisis June 8." Capps intentionally falsified records by lying on them - I was at crisis Management June 8 and didnt come back until like the 20th or something.

_____

_____

Sdds 9 0 190

_____

_____

_____

_____

_____

_____

_____

_____

**Action Requested to resolve your Complaint,**
Investigate this Matter

**Offender Signature:** Khenderson                          **Date:** Oct 5 2022

**Grievance Response:**

**Signature Authority:** _____   **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**      *Resubmit this form when the corrections are made.

☑ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

S. Taylor UGI-II

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:**_____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission          UGI Initials: ST

Grievance #:  2023015078

Screening Criteria Used:  011899

Date Recd from Offender: 10-6-22  NOV 1 1 2022

Date Returned to Offender: NOV 1 1 2022  DEC 0 6 2022

2nd Submission          UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

3rd Submission          UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

Appendix F

DISCIPLINARY REPORT AND HEARING RECORD

CASE: 2022... JOB: UNASGN MENTAL HEALTH
UNIT: LM HSNG: ASA2 25 B IMHA RESTRICTIONS: NONE
CLAS: L1 CUST: SD PRIMARY LANGUAGE: ENGLISH
GRDE: MA / ADM OFF.DATE: 05/18/22 01:34 PM LOCATION: LM AD-SEG BLOCK 2 RO
TYPE: ID

OFFENSE DESCRIPTION

ON THE DATE AND TIME LISTED ABOVE, AND AT LM RHA-25, INMATE: HENDERSON, KIERA,
TDCJ-ID NO. 02118171, ASSAULTED OFFICER FLORES BY STRIKING ME IN MY CHEST WITH
CLOSED FIST. THE ASSAULT DID NOT RESULT IN ANY INJURIES.

CHARGING OFFICER: FLORES, B COIV SHIFT/CARD: 1 2
INMATE NOTIFICATION, IF APPLICABLE INTERPRETER,
TIME/DATE NOTIFIED: 2:MP 05 20 22 BY: (PRINT) ___ Cuida
YOU WILL APPEAR BEFORE HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE. DO YOU WANT TO ATTEND THE HEARING? YES NO IF NO, HOW DO YOU
PLEAD? GUILTY NOT GUILTY
INMATE NOTIFICATION SIGNATURE: X _Henderson_ DATE: Y 5/20/22
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24 HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
INMATE WAIVER SIGNATURE: _Henderson_ DATE: v 5/20/22

HEARING INFORMATION
HEARING DATE 6/0/2022 TIME: 11:36am UNIT M FOLDER C FILE 047 DSFILE 849493
COUNSEL SUBSTITUTE AT HEARING: SC FOLDER C FILE 047 DSFILE 844443
EXPLAIN BELOW BY NUMBER: (1) IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART
HEARING, (2) IF ACCUSED INMATE WAS CONFINED IN PRE-HEARING DETENTION MORE THAN
72 HOURS PRIOR TO HEARING, (3) IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE
EVIDENCE STAGE, (4) IF ANY WITNESSES OR (5) DOCUMENTATION WAS EXCLUDED FROM
HEARING (6) IF OFFENDER WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A
WITNESS AT THE HEARING (7) IF HEARING WAS NOT HELD, WITHIN SEVEN DAYS, EXCLUDING
WEEK ENDS AND HOLIDAYS, FROM THE OFFENSE DATE AND, (8) IF INTERPRETER USED:
(SIGNATURE) _Reading Completion_ - Spoke Investigation )

INMATE STATEMENT: I was assault by the officer and I'm in fear for my life.

OFFENSE CODES:
INMATE PLEA (G, NG) NONE) | 03.2
FINDINGS: ((G) NG, DS) | NG | | | |
REDUCED TO MINOR (PRIOR TO DOCKET) (DOCKET) (HEARING) BY: (INITIAL)
IF GUILTY, EVIDENCE PRESENTED, CONSIDERED, AND REASON(S) FOR DETERMINATION OF
GUILT: A) ADMISSION OF GUILT, B) OFFICER'S REPORT, C) WITNESS TESTIMONY, D) OTHER
EXPLAIN IN DETAIL: B) Officer report D) No Not tr. tudsos' evidence.

PUNISHMENT
LOSS OF PRIV (DAYS)
*RECREATION (DAYS) 15 REPRIMAND............
*COMMISSARY (DAYS) 45 EXTRA DUTY (HOURS)...... ___ TABLET (DAYS)..........
*PROPERTY (DAYS).. CONT.VISIT SUSP.THRU_/_/_ REMAIN LINE 3........
OTS (DAYS).. CELL RESTR (DAYS)........ REDUC.CLASS FROM L1 TO L2
SPECIFIC FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT SPECIAL CELL RESTR (DAYS) 15 GOOD TIME LOST (DAYS) -100-
IMPOSED: DAMAGES/FORFEIT.$
Due to nature of offense
Modify minor behavior.

CREDIT FOR PRE-HEARING DETENTION TIME? YES (DAYS) N/A NO (N/A)
DATE PLACED IN PRE-HEARING DETENTION: NO HEARING LENGTH 9.51 (MINUTES)
INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT: Inmate in restraints.
_Reed_

HEARING OFFICER (PRINT) WARDEN REVIEWER SIGNATURE
(FORM I-47MA) CONTACT COUNSEL SUBSTITUTE IF YOU DO NOT UNDERSTAND THIS FORM.
(REV. 04-10) COMUNIQUESE CON SU ABOGADO SUSTITUTO SI NO ENTIENDE ESTA FORMA

Kreva Henderson

2119171          Dec 1, 2022
ASIA 1-20

May I have ~~the~~ two
habeas Corpus 42 U.C.S 1983
please and thank you

You get 3-1983
I-60 must have your request,
court name, court address, and
justification of need.



Kieva Henderson

2119171

ASH 1-20

Dec 1, 2022

My Left eye is still
blurry from the assult
I encountered and nothing
has been done about it
May you provide me to
the provider pleap

Sich Call
M nougahn
12/2/2022

DEC 02 2022 03:40



Kiera Henderson

2119171

ASA 1.8

Got this on
4/28/22

I filed a Sexual assult in may
and you came to my door and
ask if I would like to talk
to the sexual assult advocates
and I said yes but they never
came did you ever call them?
or they just didnt show up.

I have it recorded
you saw family in
crisis June 8. If
you moved Liketo
correspond further you
can use special mail.
P.O. Box 25
Killeen, TX 76540
This is nearest family
in crisis center.

Capps
SP.

Sgt Capps (prea)

Sgt Capps (prea)

Kiera Henderson

2/19/71

ASA I-8

I've been having nightmare
about getting beat up and
Sexually Assault by an officer
in May and I need something
for them to go away

L. Greene, MHM, LCSW

SEP 16 2022

Bissell

Kiera Henderson

2/19/71

ASA-2-8

2nd Request

I've been having Nightmares
about getting beat up and
sexually Assult by an officer
in May And I need something
for them to go away

L. Greene, MHM, LCSW

Bassell

SEP 16 2022



Irena Henderson
2/19/?/
ASA 1-8

I still see blurry out my
Left eye due to the result
that happen in may can
you refer eye disease
doctor. please and thank
you.                    **Nurse Treatment** ✓ ꟼ
                        ꝺ D. Tadlock RN

SEP 16 2022 06.55



## OFFENDER NOTIFICATION BROCHURE
### (Provide offender with original, attach copy to investigative packet)

| To: | HENDERSON,KIERA | TDCJ #: 02119171 | | Unit: LM |
|---|---|---|---|---|
| From: | J. McKain | | | |
| Date: | 6·6·22 | | | |
| Re: | Notice of Sexual Abuse Outcome | | | |
| EAC # | I-10009-05-22 | | Grievance # | |
| INV # | 48444 | | | |

On   May 26, 2022,        you made an allegation of staff-on-offender        SEXUAL ABUSE
, which prompted an administrative investigation.

En   May 26, 2022,        usted hizo una acusación de Empleado-en-        SEXUAL ABUSE
, la cual provocó una inves        ministrativa.

The investigation regarding        gation was completed on June 04, 2022.
Upon completion, the following determinations were made, regarding your allegation:

La investigación relacionada a su acusación fue completada en June 04, 2022.
Al finalizar, se hicieron las siguientes determinaciones relacionadas a su acusación:

| ALLEGATION | FINDING |
|---|---|
| SEXUAL ABUSE | UNSUBSTANTIATED |

■ The alleged staff member/contractor/volunteer listed below is no longer assigned to the unit.

■ The alleged staff member/contractor/volunteer listed below is no longer employed with the Texas Department of Criminal Justice.

The Safe Prisons/PREA Management Office will inform you of any criminal sexual abuse charges related to your allegation when the staff member(s) has been 1) indicted (True Billed) or 2) convicted of the charges. If you need assistance understanding the information contained in this brochure, contact the Safe Prisons/PREA Manager on your unit.

| J. McKain | _(signature)_ | 6·6·22 |
|---|---|---|
| **Name** | **Signature** | **Date** |

**Allegation - Denuncia**

| Extortion | Extorsión |
|---|---|
| Threat of Violence | Amenaza de violencia |
| Violence | Violencia |
| Sexual Harassment | Acoso sexual |
| Sexual Abuse | Abuso sexual |
| Retaliation | Represalia |
| Extortion | Extorsión |

**Finding - Resultado**

| Unsubstantiated | Sin fundamento |
|---|---|
| Substantiated | Justificado |
| Unfounded | Infundado |

Jun 6, 2022, 5:26 PM

Kiera Henderson
2 / 19/7 /
ASIA I-8

Can I have 1983 form

42 U.S.C 1983 form
(Civil action for deprivation
of Rights) please & thank
you

Provide: For form.
Court Name
Court address
Justification for need

RECEIVED
SEP 16 2022
BY:



Kiera Henderson
2/19/71
ASA 1-8

Do you have any information
about groups and/or people
that Counsel for Sexual
ABuse in prison
You need to request the
TAASA Service Directory
on a legal material form


RECEIVED
SEP 22 2022
BY CG

—
—





Kiera Hendu
2119171
ASA 2-25
June 1, 2022

Im trying to file a Civil Suit
on Someone for Sexual Assult
and Assult, which papers do
I need? please and thank you

Write

State Counsel for Offenders

P.O Box 4005

Huntsville, Texas 77342-4005



RECEIVED
JUN 0 2 2022
BY:_____



# Texas Board of Criminal Justice

*Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime.*

**Patrick L. O' Daniel**
**Chairman**

June 13, 2022

Henderson, Kiera #2119171
Murray Unit
1916 North Highway 36 Bypass
Gatesville, TX 76596

RE: SA-202102008-00002

Inmate Henderson,

This letter is in response to correspondence received on June 1, 2022, regarding your allegation of being sexually abused by staff at the Murray Unit.

The Texas Department of Criminal Justice (TDCJ) has zero tolerance for sexual abuse and sexual harassment and requires all allegations of sexual abuse and sexual harassment to be thoroughly investigated. The PREA Ombudsman Office is responsible for the oversight of administrative investigations concerning allegations of sexual abuse and sexual harassment. We fully review each administrative investigation and the unit's response to allegations of sexual abuse and sexual harassment. In addition, allegations of sexual abuse received in the PREA Ombudsman Office are referred to the Texas Board of Criminal Justice, Office of the Inspector General (OIG) for possible criminal investigation.

The PREA Ombudsman Office conducted a review of the unit's administrative investigative reports regarding the allegation of sexual abuse, to include statements. The Murray Unit interviewed multiple witnesses. Their statements did not corroborate the allegation of sexual abuse. A use of force ensued to gain compliance and any touch was determined to be incidental to the performance of official duties. The PREA Ombudsman Office completed the investigative review on June 13, 2022 and determined the allegation of sexual abuse to be unsubstantiated. Please note that "unsubstantiated" means there was insufficient evidence to make a final determination whether the incident occurred. Based on the information we reviewed, the PREA Ombudsman Office has closed this inquiry request and no further action will be taken at this time.

Sincerely,

*Donna Vazquez*

Donna Vazquez,
Program Specialist I
PREA Ombudsman Office

Copy: File



**Texas Department of Criminal Justice**
**OFFICE OF THE INSPECTOR GENERAL**
P.O. Box 4003, Huntsville, Texas 77342

**To:** HENDERSON, KIERA                    **Date:** _____June 2, 2022_____

**Unit/Department:** Prison Facility - Murray (Gatesville)    **Correspondence/Complainant #:** _____2200009280_____

**Subject:** _____HENDERSON, KIERA_____    **TDCJ #:** 02119171

The correspondence forwarded to the Office of the Inspector General has been read and evaluated by OIG staff. Based on the information provided, the relevant issues stated will be addressed in the following manner:

☑ An OIG Investigation will not be conducted.

☐ The allegations presented do not come under the investigative purview of this office.

☐ This correspondence contains issues that should be submitted through the unit grievance procedure.

☐ If you are not satisfied with your Step 1 Grievance response, you should file a Step 2 Grievance to continue the Offender Grievance procedure.

☐ Allegations or complaints relating to minor staff misconduct or unit issues will be forwarded to the Unit Warden.

☑ The TDCJ Use of Force Office automatically reviews all use of force reports. If further investigation is considered appropriate, the UOF will be referred to the OIG.

☐ Allegations of life endangerment will be forwarded to the Ombudsman's office.

☐ Polygraph examinations are not administered at offender's request.

☐ The correspondence received contains issues relevant to the _____; and will be forwarded there. Please send further correspondence related to this matter to the above referenced office/department.

☐ Other: _____

**NOTE: Prison related issues should be directed to the appropriate TDCJ department. Sending your concerns to the wrong department or agency delays valuable response time.

☐ Original Documents Returned to Offender.

CC:

AAG/755



# Texas Board of Criminal Justice

*The Office of the Independent Ombudsman, is committed to providing the public, elected or appointed state officials, and inmates a confidential avenue for complaint resolution by receiving, reviewing, investigating, and responding to inquiries regarding non-criminal matters within the Texas Department of Criminal Justice.*

**Patrick L. O'Daniel**
**Chairman**

ASA2-37

**TO:** Henderson, Kiera

**TDCJ #:** 02119171

**UNIT:** LM

**FROM: Office of the Independent Ombudsman**          **SUBJECT: Inmate Correspondence**

Your correspondence has been received and reviewed by this office and a response is indicated below. Contact the warden, major, chief of classification, or a security officer for issues you deem as an emergency. If you need additional information or assistance, you may contact the Unit Grievance Investigator at your unit.

☐ Your correspondence was received at the Office of the Independent Ombudsman and has been forwarded to Unit Administration for further review.

☒ You must utilize the Offender Grievance Procedure to address your concerns. Use both steps of the grievance procedure in order to exhaust the administrative remedies available to you.

☐ Your Step 1 grievance(s) was properly screened.

☐ This issue is currently being addressed by unit officials. Grievance #_____ is under review at Step1/Step 2.

☐ Records indicate that Step 1/Step 2 Grievance #_____ is closed.

☐ No other administrative remedies are available to you regarding the issue(s). The issue(s) has been reviewed at both Step1 & Step 2 of the grievance procedure and does not rise to the level of further review.

☐ Records indicate that Grievance # _____ was returned to you on _____.

☐ This issue was addressed in grievance # _____.

☐ This issue(s) is outside the oversight of the Texas Department of Criminal Justice.

☐ See attachment of the appropriate department(s).

TBCJ - Office of the Independent Ombudsman
PO Box 99
Huntsville, Texas 77342-0099
Office (936) 437-5624 · Fax (936) 437-4930
ombudsman@tdcj.texas.gov

Dear Ombudsman

Since May 18, 2022 I was Sexually ABused by officer flores and assulted by officer flores, officer Capel, Sgt Ramierez, and Sgt Solis, I have been retaliated on by these officer plus more. They refuse to feed me or let me shower. And they make little comments about me getting "Beat up" and officer floses tells other offenders he got away with Hitting me and Everything that went on in the Cell". I got a Notice of Serual Abuse out Come it was "unsubstantiated" and the alleged staff member was No Longer on this unit But thats untrue. I Dont feel safe on this unit. Im in fear for my life I cant go to sleep untill I know they aren't here This is taken a toll on me mentally. Can I please have a unit transfer.

I reported that I dont feel safe on this unit to warden Mckain and she Said write SCC. I talked to warden England and she Said Its Okay For her Laws to dump on me

AUSTIN TX 786
RIO GRANDE DISTRICT
15 JUN 2022 PM 4 L

Kreva Henderson #2119171
1 mile N Hwy 36 Bypass
Gatesville Tx 76596

Ombudsman
P.O. Box 99
Huntsville Tx 77342

77342-009999



PRIVILEGED INMATE MAIL
Not Inspected By
Tx. Dept. Of Criminal Justice
Institutional Division

**Texas Department of Criminal Justice**

**STEP 1**

**OFFENDER GRIEVANCE FORM**

ASL2-43

**OFFICE USE ONLY**

Grievance #: 2022104275

Date Received: MAY 2 6 2022

Date Due: 7-5-22

Grievance Code: 012

Investigator ID #: 

Extension Date: _____

Date Retd to Offender: JUL 1 6 2022  JUL 2 8 2022

Offender Name: Kiera Henderson    TDCJ # 2119171

Unit: ᘒM    Housing Assignment: ASA2-25

Unit where incident occurred: ᘒM

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Major Shane, Lt Houston, Cpt Sneed    When? Use of force

What was their response? Use of force statement

What action was taken? grievance

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On May 18, 2022 I tried to Run out my Cell in J2 A Side 2-25 (in front of Rec Cage 1) Officer flores begin punching me in the face then he got on topped of me grabbed my breast and whispered in my Ear "This what you like Bitch" Then officer Capel at the same time was pulling my hair and punching me. Then Sgt Solis begin punching me and Sgt Ramenz asked officer Ortega was the camera on she Said NO he begin punching me on my Side. This was Expessive use of force Due to the fact that all men begin punching me and I was Sexually assalted by officer flores. My injury is my left eye is blurry I cunt see out of it.

---

**I-127 Front** (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

**Appendix F**

**Action Requested to resolve your Complaint.**

_Investigate this matter_

Offender Signature: _Kthmeleson_ _____ Date: _____

**Grievance Response:**

Your grievnace has been reviewed and investigated.  There was insufficient evidence to
support your allegations agaisnt Officer Flores.  This was forwarded to OIG for further
review and no case will be opened.

Signature Authority:  **J. McKain**   Asst. Warden _____ Date: 7-5-__

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

**Returned because:**      *Resubmit this form when the corrections are made.

| | OFFICE USE ONLY |
|---|---|

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely
Affect the offender's health.**

**Medical Signature Authority:** _____

**OFFICE USE ONLY**
Initial Submission     UGI Initials:_____
Grievance #:_____
Screening Criteria Used:_____
Date Recd from Offender:_____
Date Returned to Offender:_____
2nd Submission     UGI Initials:_____
Grievance #:_____
Screening Criteria Used:_____
Date Recd from Offender:_____
Date Returned to Offender:_____
3rd Submission     UGI Initials:_____
Grievance #:_____
Screening Criteria Used:_____
Date Recd from Offender:_____
Date Returned to Offender:_____

I-127 Back (Revised 11-2010)

Appendix F



# State Counsel for Offenders

## Texas Board of Criminal Justice

P.O. Box 4005
Huntsville, TX 77342-4005

June 1, 2022

Kiera Henderson
TDCJ #02119171
Murray Unit
1916 North Hwy 36 Bypass
Gatesville, Texas 76596

Re:     Your PREA-LIFE ENDANGERMENT letter

Dear Ms. Henderson:

Our office received your letter alleging PREA concerns.  This office has notified the PREA Ombudsman as well as the Office of the Independent Ombudsman of your concerns.  We do not forward your letter or details of it- only that there is potential for PREA issues and endangerment.  You will need to explain your situation and allegations during the PREA follow-up action.

Issues relating to staff conduct can be raised with the-

Office of Inspector General
P.O. Box 99
Huntsville, Texas 77342

Sincerely,

/s/

Douglas Moyer, Sr
Staff Attorney
Legal Services Section
DMO/dth
cc: file

Kiera Henderson

2119171
ASA 1-16

Im trying to withdrawl
$403. Can you please
Send to Inmate Trust
Fund? please & Thank you




TEXAS DEPARTMENT OF CRIMINAL JUSTICE    INMATE REQUEST FOR WITHDRAWAL

INMATE TRUST FUND

DATE `1` `2` `2` `8` `2` `2`

PLEASE USE A BUSINESS SIZE ENVELOPE

**DO NOT FOLD, STAPLE OR TAPE**

Use Black or Dark Blue Ink.

☐ Transfer within TF

☐ Outside Purchase

☐ Other *Legal courts*

Unit `L` `M`

Inmate Signature *Khenderson*

Unit Review

Print CAPITAL letters and numbers block style inside square without touching sides.

TDCJ NUMBER: `0` `2` `1` `1` `9` `1` `7` `1`

`1` `5` `8` `9`  `A` `B` `C` `D`

Approving Officer Signature

INMATE LAST NAME: `H` `E` `N` `D` `E` `R` `S` `O` `N`

FIRST NAME: `K` `I` `E` `R` `A`

MI: `S`

DOLLARS `4` `0` `3`  CENTS `0` `0`

WRITTEN AMOUNT: *Four hundred three dollars and zero cent*

PAY TO THE ORDER OF: `D` `I` `S` `T` `R` `I` `C` `T` `C` `L` `E` `R` `K`

PAYEE'S ADDRESS: STREET *800 Franklin Ave Room 380*   APT. NO.   CITY *Waco*   STATE *TX*   ZIP *76701*

Right Thumb Print

Kiera Henderson

2119171
ASA1-16

Can you send this withdraw//
money order when it Clears through
huntsville with this Legal
Mail to the address on
Enurlope? please & Thank you







POSTAGE PAID
U.S. POSTAGE
FOR, GATESVILLE TX
GATESVILLE TX
76528
$0.00
AMOUNT $2
R2305B2579-07
76701
RDC 99

District Clerk
Western District Court of Texas
800 Franklin Ave Room 380
Waco TX 76701

RECEIVED
JAN 03 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

Kiera Henderson 2119171
1916 N Hwy 36 Bypass
Gatesville TX 76596